# May 20th, A.D. 1771.

## Court of General Seffions of the Peace.

1771.

PETITION OF
JURORS.

The Petition of the Jurors in the Trials of Captain Prefton and the Britifh Soldiers. ( 1 )

Under the
Prov. St. 4
W. & M. c.
12, the Jufti-
ces of the
Seffions have
no Power
to raife
Money from
the County
for an ex-
traordinary
Allowance to
Jurors or Of-
ficers of
Court for
Services on a
criminal
Trial.

AT laft Auguft Term the Honourable Juftices of the Superiour Court paffed the following Order :

" Ordered, that it be recommended to the Court " of General Seffions of the Peace to make the Ju- " rors that were impannelled and fworn for the Trial " of Thomas Prefton, Efq., and the Soldiers, as alfo " the Officers who kept them, a reafonable Allow- " ance for faid Services : faid Prefton's Trial hold- "ing

(1) The following report of this decifion, and the remarks thereon, were publifhed by Quincy in the " Bofton Gazette," May 20, 1771, as appears by the memorandum endorfed upon the MS. In the celebrated trials of Capt. Prefton and the foldiers indicted for the murder of Crifpus Attucks and others in the " Bofton Maffacre," Adams and Quincy were counfel for the prifoners. A report of Prefton's trial was taken in fhort hand, and fent to England, but has never been publifhed. 2 John Adams's Works, 236. 10 Ib. 201. A report of the trial of the foldiers was taken by the fame hand, three editions of which have been publifhed in Bofton ; the firft in 1770, the fecond in 1807, and the laft in 1824.

"ing fix Days, and faid Soldiers' nine Days; faid
"Jurys being kept together every Night by two or
"more Officers." (2)

In

1771.

Petition of
Jurors.

(2) Thefe trials would feem to have been the firft in the province which lafted more than a day. Among Judge Trowbridge's papers is a lift of " *Tryals by Jury cont'd for feveral Days*," which may have been drawn up for this cafe, and which comprifes the trials of *John Lilburne*, 2 Hargr. St. Tr. 19, & 7 Ib. 354; *Peter Cook*, 4 Ib. 738; *Capt. Kidd*, 5 Ib. 287, and quotes from the trial of *Elizabeth Canning*, as follows:

" Emlyn in his Opinion fays yᵉ Law will not allow a Jury to go at
"Large in a Criminal Cafe while yᵉ Tryal is depending but yᵗ they
" may take Refrefhm'ts & retire to reft in a place provided for them if
" Guarded by a fworn Officer," &c., and that " Perhaps yᵉ fuffering yᵉ
" Jury to go at Large in yᵉ midft of yᵉ Tryal may be Caufe for arrefting
" Judgm't. 10 Vol. State Tryal, 407."

In the margin of the record of Prefton's cafe appears the following memorandum:

" N. B. The Court being unable to go through this Trial in one Day,
" the King's Attorney and the Prifoner confent that the Court fhall
" adjourn over Night during the Trial; the Jury being kept together by
" two Keepers, one chofen by the King's Attorney, the other by the
" Prifoner or his Council; befides the Officer appointed by the Court."
Rec. 1770, fol. 52.

A like memorandum appears on the record of the trial of the foldiers, except that, in this cafe, the prifoners did not enjoy the privilege of appointing a keeper, " the Jury being kept together by proper Officers appointed & fworn by the Court." Rec. 1770, fol. 52.

In 25 Mafs. Archives, 414, appears the following letter, written by Oliver to Hutchinfon during the trial of Prefton; Hutchinfon having ceafed to aĉt as Chief Juftice, fhortly after affuming the adminiftration in confequence of the departure of Governor Bernard. See *ante*, p. 316.

" Dear Brother,                                        " Saturday Night.

" After having had the Pleafure of feeing you to Day, I now give
" myfelf the Pleafure of writing to you. I know you think you would
" have finifhed the Caufe in half the Time, & I know it would not have
" taken half a Day at the Old Bailey; but we muft conform to the
" Times. We have not finifhed yet. Mr. Paine has now to clofe for
                                                        " the

1771.

PETITION OF
JURORS.

In Confequence of this Order, the Jurors above named petitioned the Court of Seffions for the above Allowance, and the Court, having a Doubt of their Power touching the Grant of the Prayer thereof, ordered the Petition to ftand over for Argument at the Seffions in April ; and, on laft Wednefday, THE POWER OF THE COURT to grant the Prayer of the Petitioners was argued by four Gentlemen of the Bar (*pro & con*) by Defire of the Honourable Juftices of the Seffions.

It feemed agreed by Bench and Bar that the only Power of the Seffions to *grant Monies* muft be derived from *provincial Law ;* that fuch a Power could be derived from no where elfe. — And the Queftion was, whether the Act of 4 of W. & M. c. 12,

---

" the Crown, & he was fo unfit, that to avoid as much as poffible all " popular Cenfure we indulged him till Monday morn ; for Mr. Auch- " muty did not finifh till ½ paft 4 o'clock. We fhall finifh I believe by " one or two o'clock on Monday. Hard upon the Jury, you fay, it is " fo, but we have allowed them the Liberty of the Court Houfe to-mor- " row with their Keepers. It is beft on the whole.

" I have a Quarto Volume of Evidence which I have pretty minutely " taken. I have reviewed it, & it turns out to the Difhonour of the In- " habitants, & appears quite plain to me that he muft be acquitted ; that " the Perfon who gave Orders to *fire* was not the Capt., & indeed if it " had been he, it at prefent appears juftifiable. What the Verdict will " be, Monday I fuppofe will declare.

" I fhall be glad to be releafed from this Prifon, but it will be only an " Exchange to others.

" Farewell, Dear Brother.

" Yours affectionately,

" To                                        " PETER OLIVER."

" His Honour
   " Mr. Hutchinfon,
      " Milton."

c. 12, (3) gave the Court a Power to grant Monies for the Allowance before mentioned.

The Act is intituled " An Act for the Settlement " of the Bounds and defraying the PUBLICK and " NECESSARY CHARGES *arifing within each refpective* " *County* in this Province." " And for the due and " equal *raifing of Monies* for *defraying of the Charges* " *arifing within each refpective County,* for the neceffa- " ry Repairs and Amendments of Bridges, Prifons, " the Maintenance of poor Prifoners, and ALL OTHER " PROPER COUNTY CHARGES, It is enacted, that, when " and fo often as there fhall be NEED OF RAISING " MONEY FOR THE ENDS AFORESAID in any County, " the Juftices in Quarter Seffions for fuch County " receiving Information thereof from the County " Treafurer, fhall agree and determine the whole " Sum to be raifed, &c., and iffue their Order," &c., " to affefs the fame upon the Inhabitants," &c.

The Debates at the Bar took up the Day. And the Juftices after this folemn Hearing (only *Mr. Juftice Dunbar doubting*) were unanimoufly of Opinion that the Prayer of the Petition of the Jurors fhould not be granted; and the Petition was accordingly difmiffed.

———◆———

It gives a moft fenfible Pleafure *in thefe Times* to find a Court of Juftice deciding a *Point of Law* againft an Extenfion of *their Power: efpecially* as
that

---

(3) Anc. Chart. 245.

that Power would affect *the Purse of the Subject.* — This Decision is of no small Moment; its Importance will appear more conspicuous upon a close Examen and Reflection. However, it is yet a Matter of deep Concern with some that the Superiour Court seem to entertain a different Opinion on the Point in Question. *They ordered a Recommendation of the Allowance to be made.* They are presumed to know the Law, and we are willing to suppose they would not *influence,* and *much less recommend* to a subordinate Court the Exertion of an illegal Power; a Power derogatory to the natural and primary Right of the Subject over his Property; and of the highest Consequence to the Community, considered in a separate or collective View.

The Existence and Exertion of such a Power in the Sessions are of very extensive Concernment; we therefore imagine all due Consideration was had at passing the above *Order of Recommendation:* and, if so, does not a becoming Deference to the Supreme Court lead us to conjecture that they were of Opinion that the Court of Sessions was by Law vested *with Power to take Money out of the Pocketts of the People* to make that Allowance which it was thought expedient thus formally to recommend?

{ *Printed in Boston Gazette (Edes & Gill)* }
{         *Monday, May* 20, 1771.         }

*Motto:*
*Intelligentibus.*